LAW OFFICES OF CHRIS COSCA
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
KENNETH GEORGE EATON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00323 JAM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS |
| vs. | |
| KENNETH GEORGE EATON, | |
| Defendant. | |

## Background

On September 23, 2011, Magistrate Judge Gregory G. Hollows ordered defendant Kenneth Eaton released on a $500,000.00 bond secured by two properties: 1) A vacant lot owned free and clear with a recent appraised value of $210,000.00 ("The Spitzer Property"); and 2) A single family residence owned by the defendant's father, Fred Eaton, with equity in the amount of $57,000.00 ("The Eaton Property"). The Court ordered an unsecured bond as to the remaining portion not covered by the equity in these properties. The Court further ordered that the sureties in this matter must sign a "Vaccoro" bond declaration acknowledging their property can be forfeited if the defendant violates any condition of release. Fred Eaton died on October 5, 2011.

## Stipulation

Given the recent death of the defendant's father and the related complications and delays this has caused in obtaining required paperwork and clear title for The Eaton Property, the parties

1

stipulate and agree (with the consent of Pretrial Services through Beth Baker) to modify the conditions of release as follows:

1. Kenneth Eaton shall be released on a $500,000.00 bond secured by The Spitzer Property;
2. The remaining portion not secured shall be covered by an unsecured bond.
3. The sureties in this matter must sign a "Vaccoro" bond declaration acknowledging their property can be forfeited if the defendant violates any condition of release.
4. The Eaton Property shall be posted as additional security for the $500,000.00 bond as soon as possible, not to exceed one month from the date of this order. Should further time be needed to obtain documents and clear title, defendant Kenneth Eaton reserves the right to request additional time to complete the bond package.

The undersigned have authorized Chris Cosca to sign this stipulation on their behalf.

DATED:  October 11, 2011           by:      /s/ Chris Cosca
                                            CHRIS COSCA
                                            Attorney for Defendant
                                            KENNETH GEORGE EATON

DATED:  October 11, 2011           by:      /s/ Jared Dolan
                                            JARED DOLAN
                                            Assistant U. S. Attorney

## ORDER

**Kenneth Eaton shall be released on the following conditions:**

1. A $500,000.00 bond secured by The Spitzer Property;
2. The remaining portion not secured shall be covered by an unsecured bond;
3. The sureties in this matter must sign a "Vaccaro" bond declaration acknowledging their property can be forfeited if the defendant violates any condition of release; and
4. The Eaton Property shall be posted as additional security for the $500,000.00 bond as soon as possible, not to exceed one month from the date of this order. Should further time be needed

to obtain documents and clear title, defendant Kenneth Eaton reserves the right to request additional time to complete the bond package.

5. All other special conditions of release remain in place.

DATED: October 11, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE