UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 12, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | CASE NUMBER: 2:11-cr-323 JAM |
| Plaintiff,      ) | |
| v.                                                     ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| KENNETH GEORGE EATON,      ) | |
| ) | |
| Defendant.      ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kenneth George Eaton</u>; Case <u>2:11-cr-323 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured Appearance Bond in the amount of <u>$500,000.00</u>, co-signed by Charles and Jill Spitzer, John and Tammy Helliwell, Carol Froelick and Patricia Eaton.

    <u>X</u>    Appearance Bond in the amount of $500,000 secured by the real property owned by Charles and Jill Spitzer, and the remaining portion not secured shall be covered by the unsecured bond and "Vaccaro" bond declarations.

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>10/12/2011</u> at <u>3:30</u>.

By    *Dale A. Drozd* (signature)

Dale A. Drozd
United States Magistrate Judge