DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
WILLIAM BOHAC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 11-323 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| WILLIAM BOHAC, ) | |
| KENNETH EATON, ) | Date   February 14, 2012 |
| JONATHAN GANEY, ) | Time:   9:30 a.m. |
| THOMAS GANEY, ) | Judge: Hon. John A. Mendez |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant William Bohac; Attorney Chris Cosca, Counsel for Kenneth Eaton; Attorney Matthew Bockman, Counsel for Jonathan Ganey; Attorney Danny Brace, Counsel for Thomas Ganey; that the status conference scheduled for December 6, 2011, be vacated and the matter be continued to this Court's criminal calendar on February 14, 2012, at 9:30 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to continue in negotiations with the prosecution in attempt to

reach a resolution, meet with the clients to discuss various resolutions, and to review continue the defense investigation and reviw of the voluminous discovery.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 14, 2012 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Dec. 2, 2011             /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for
                                William Bohac

Dated: Dec. 2, 2011             /S/ Chris Cosca
                                CHRIS COSCA
                                Attorney for
                                Kenneth Eaton

Dated: Dec. 2, 2011             /S/ Matthew Bockman
                                MATTHEW BOCKMAN
                                Attorney for
                                Jonathan Ganey

```
Dated: Dec. 2, 2011              /S/ Danny Brace
                                 DANNY BRACE
                                 Attorney for
                                 Thomas Ganey

Dated: Dec. 2, 2011              /S/ Jared Dolan
                                 JARED DOLAN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

       By the Court,

```
Dated: Dec.5, 2011               /s/ John A. Mendez
                                 Hon. John A. Mendez
                                 United States District Judge
```