```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
WILLIAM BOHAC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 11-323 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| WILLIAM BOHAC, KENNETH EATON, JONATHAN GANEY, | Date   June 12, 2012 Time:  9:30 a.m. Judge: Hon. Mendez |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant William Bohac; Attorney Chris Cosca, Counsel for Kenneth Eaton; Attorney Matthew Bockman, Counsel for Jonathan Ganey; that the status conference scheduled for April 24, 2012, be vacated and the matter be continued to this Court's criminal calendar on June 12, 2012, at 9:30 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution, meet with the clients to discuss various

resolutions, and to continue the defense investigation and review of the voluminous discovery.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the June 12, 2012 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: April 23, 2012         /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for
                              William Bohac

Dated: April 23, 2012         /S/ Chris Cosca
                              CHRIS COSCA
                              Attorney for
                              Kenneth Eaton

Dated: April 23, 2012         /S/ Matthew Bockman
                              MATTHEW BOCKMAN
                              Attorney for
                              Jonathan Ganey

```
Dated: April 23, 2012            /S/ Jared Dolan
                                 JARED DOLAN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

```
Dated: April 23, 2012            /s/ John A. Mendez
                                 Hon. John A. Mendez
                                 United States District Court Judge
```