```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
WILLIAM BOHAC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR-S 11-323 JAM |
|                         ) | |
|           Plaintiff,    ) | |
|                         ) | STIPULATION AND ORDER VACATING |
|    v.                   ) | DATE, CONTINUING CASE, AND |
|                         ) | EXCLUDING TIME |
|                         ) | |
| WILLIAM BOHAC,          ) | |
| KENNETH EATON,          ) | Date    July 17, 2012 |
| JONATHAN GANEY,         ) | Time:   9:45 a.m. |
|                         ) | Judge:  Hon. Mendez |
|           Defendants.   ) | |

_____

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant William Bohac; Attorney Chris Cosca, Counsel for Kenneth Eaton; Attorney Matthew Bockman, Counsel for June 12, 2012, be vacated and the matter be continued to this Court's criminal calendar on July 17, 2012,at 9:45 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution, meet with the clients to discuss various resolutions, and to continue the defense investigation and review of

the voluminous discovery.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the July 17, 2012 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: June 8, 2012            /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for
                               William Bohac

Dated: June 8, 2012            /S/ Chris Cosca
                               CHRIS COSCA
                               Attorney for
                               Kenneth Eaton

Dated: June 8, 2012            /S/ Matthew Bockman
                               MATTHEW BOCKMAN
                               Attorney for
                               Jonathan Ganey

Dated: June 8, 2012               /S/ Jared Dolan
                                  JARED DOLAN
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

          By the Court,


Dated: June 8, 2012
                                  Hon. John A. Mendez
                                  United States District Court Judge