LAW OFFICES OF CHRIS COSCA
CHRIS COSCA   (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA. 95814
Tel. (916) 440-1010
Fax (877) 440-1012

Attorney for Defendant
KENNETH EATON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>KENNETH EATON, et al.<br><br><br>          Defendants | )  No. 2:11-CR-00323 JAM<br>)<br>)  STIPULATION REGARDING<br>)  EXCLUDABLE TIME PERIODS UNDER<br>)  SPEEDY TRIAL ACT;  FINDINGS AND<br>)  ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on July 17, 2012.

2.     By this stipulation, the defendants now move to continue the status conference until August 21, 2012 at 9:45 a.m., and to exclude time between July 17, 2012, and August 21, 2012 under Local Code T4.  Plaintiff does not oppose this request.

3.     The parties agree and stipulate, and request that the Court find the following:

a.     This case was declared complex at an early stage. Discovery includes approximately 1398 pages of investigative reports, related documents in electronic form, and 11

1

PDF created with pdfFactory trial version www.pdffactory.com

CD/DVDs. Discovery also includes voluminous recordings and summaries related to wiretaps on three target telephones numbers. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b.    Counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his/her client, and to otherwise prepare.

    c.    Counsel for the defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 17, 2012, to August 21, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated:  July 12, 2012                                         U.S. ATTORNEY

                                       by:  /s/ Chris Cosca for
                                               JARED DOLAN
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

Dated:  July 12, 2012                                         /s/  Chris Cosca
                                                       CHRIS COSCA
                                                       Attorney for Defendant
                                                       KENNETH EATON

Dated:  July 12, 2012                                         /s/  Chris Cosca for
                                                       DINA SANTOS
                                                       Attorney for Defendant
                                                       WILLIAM BOHAC

Dated: July 12, 2012                                          /s/  Chris Cosca for
                                                       MATTHEW BOCKMON
                                                       Attorney for Defendant
                                                       JONATHAN GANEY

**O R D E R**

IT IS SO FOUND AND ORDERED this 12th day of July, 2012.

                                                       /s/ John A. Mendez
                                                       HON. JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com