DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JONATHAN GANEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BOHAC, KENNETH EATON, JONATHAN GANEY,<br><br>Defendants. | NO. CR-S-11-323 JAM<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE**<br><br>Date:  January 8, 2013<br>Time:  9:45 a.m.<br>Judge: John A. Mendez |

It is hereby stipulated and agreed to by and between the United States of America, through JARED DOLAN, Assistant U.S. Attorney, and defendants, JONATHAN GANEY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, and WILLIAM BOHAC,  by and through his counsel, Dina Santos, and KENNETH EATON, by and through his counsel, Chris Cosca, that the status conference for Tuesday, December 11, 2012 be vacated, and a new status conference date of  Tuesday, January 8, 2013, at 9:45 a.m., be set.

The reason for the continuance is to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution and to meet with the clients to discuss various resolutions.

It is further stipulated that the time period from the date of this stipulation, December 7, 2012, through and including the date of the new status conference hearing, January 8, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

1 counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the
2 continuance outweigh the best interests of the public and the defendant in a speedy trial.

3 Dated: December 7, 2012

4                                                          Respectfully submitted,

5                                                          DANIEL J. BRODERICK

6                                                          Federal Defender

7                                                          */s/ Matthew C. Bockmon*
                                                         MATTHEW C. BOCKMON
8                                                          Assistant Federal Defender
                                                         Attorney for Defendant
9                                                          JONATHAN GANEY

10

11 Dated: December 7, 2012             */s/ Matthew C. Bockmon for*
                                                         DINA SANTOS
                                                         Attorney for Defendant
12                                                         WILLIAM BOHAC

13 Dated: December 7, 2012             */s/ Matthew C. Bockmon for*
                                                         CHRIS COSCA
14                                                         Attorney for Defendant
15                                                         KENNETH EATON

16 Dated: December 7, 2012             BENJAMIN B. WAGNER
                                                         United States Attorney
17
                                                 By:    */s/ Matthew C. Bockmon for*
18                                                          JARED DOLAN
                                                         Assistant U.S. Attorney
19                                                          Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on December 7, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, December 11, 2012, be vacated and that the case be set for **Tuesday, January 8, 2013, at 9:45 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 7, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, December 7, 2012, through and including January, 8, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

DATED: December 7, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge