```
BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2767
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00323-JAM |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| KENNETH GEORGE EATON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Kenneth George Eaton, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Kenneth George Eaton's interest in the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)   Approximately $46,000.00 in U.S. Currency

2. The above-listed properties constitute properties used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and 841(a)(1), or constitute or are derived from proceeds obtained,

1  directly or indirectly, as a result of the said violations.

2       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
3  designee) shall be authorized to seize the above-listed
4  properties. The aforementioned properties shall be seized and
5  held by the U.S. Marshals Service and/or the Internal Revenue
6  Service – Criminal Investigation, in their secure custody and
7  control.

8       4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
9  the United States shall publish notice of the order of
10 forfeiture.  Notice of this Order and notice of the Attorney
11 General's (or a designee's) intent to dispose of the property in
12 such manner as the Attorney General may direct shall be posted
13 for at least 30 consecutive days on the official internet
14 government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States
15 may also, to the extent practicable, provide direct written
16 notice to any person known to have alleged an interest in the
17 properties that are the subject of the order of forfeiture as a
18 substitute for published notice as to those persons so notified.

19           b.   This notice shall state that any person, other than
20 the defendant, asserting a legal interest in the above-listed
21 properties, must file a petition with the Court within sixty (60)
22 days from the first day of publication of the Notice of
23 Forfeiture posted on the official government forfeiture site, or
24 within thirty (30) days from receipt of direct written notice,
25 whichever is earlier.
26 ///
27 ///
28 ///

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 14th day of March, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge