LAW OFFICES OF CHRIS COSCA
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
KENNETH GEORGE EATON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00323 JAM |
| Plaintiff, | ORDER EXONERATING BAIL AND RECONVEYANCE OF DEEDS OF TRUST |
| vs. | |
| KENNETH GEORGE EATON, | |
| Defendant. | |

The Defendant, KENNETH GEAROGE EATON, having been sentenced to a prison term of 78 months on June 11, 2013, and good cause appearing:

**IT IS ORDERED THAT**:

The Deeds of Trust, previously posted as security in this matter are hereby exonerated. The Clerk of the Court or designee is directed forthwith to exonerate the bail posted herein and prepare and cause to be filed a Deed of Reconveyance as necessary to fully exonerate bail. The Deeds to be reconveyed are:

1) Deed of Trust, filed November 2, 2011 (Docket Number 54), from Charles and Jill Spitzer; and

2) Deed of Trust, filed December 8, 2011 (Docket Number 60), from Patricia L. Eaton.

DATED:  9/4/2013           /s/ John A. Mendez
                           JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE