HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KENNETH GEORGE EATON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH GEORGE EATON,<br><br>Defendant. | No. Cr. S 11-cr-323 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable JOHN A. MENDEZ |

Defendant, KENNETH GEORGE EATON, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On June 11, 2013, this Court sentenced Mr. Eaton to a total term of 78 months imprisonment, comprised of 78 months on Count 1 of the indictment (a violation of 21 U.S.C. §§ 846 and 841(a)(1)) and 60 months on Count 1 of the superseding information (a violation of 31 U.SC. § 5324(a)(1)), to run concurrently;

      3.    As to the drug offense, Mr. Eaton's total offense level was 31, his criminal history category was I, and the resulting guideline range was 108 to 135 months. He received a reduction from the statutory mandatory minimum on the government's motion;

      4.    The sentencing range applicable to Mr. Eaton was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

      5.    As to the drug offense, Mr. Eaton's total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months. A reduction comparable to the one he received initially yields a term of 56 months;

      6.    Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Eaton's total term of imprisonment to 60 months, comprised of 56 months on Count 1 of the indictment and 60 months on Count 1 of the superseding information, to run concurrently.

Respectfully submitted,

Dated: August 12, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: August 12, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
KENNETH GEORGE EATON

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Eaton is entitled to the benefit Amendment 782, which reduces the total offense level on Count 1 of the indictment from 31 to 29, resulting in an amended guideline range of 87 to 108 months. A reduction comparable to the one he received initially yields a term of 56 months.

IT IS HEREBY ORDERED that the total term of imprisonment imposed in June 2013 is reduced to a term of 60 months, comprised of 56 months on Count 1 of the indictment and 60 months on Count 1 of the superseding information, to run concurrently.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Eaton shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   August 12, 2015

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Court Judge